Alexander v. USA                                                                                                         Doc. 3

# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cory Mitchell Alexander,

      Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:07cv326-2-C

United States of America,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/23/07 Order.

      Signed: August 23, 2007

      Frank G. Johns, Clerk
      United States District Court

Dockets.Justia.com